IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CHRISTOPHER GRADY                                                                                   PETITIONER

V.                                                                        CIVIL ACTION NO. 1:24-CV-00121-SA-RP

STATE OF MISSISSIPPI, et al.                                                                      RESPONDENTS

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered today, Respondents' motion [10] to dismiss is GRANTED, and the claims in Grounds One and Four (as to the 2013 conviction and sentence) are DISMISSED WITH PREJUDICE as time-barred; the claims in grounds Two and Four (as to the parole revocation) are DISMISSED WITHOUT PREJUDICE for failure to exhaust available state court remedies; and the claim(s) in the Ground Three is DISMISSED WITHOUT PREJUDICE for failure to state a valid claim for federal habeas review. A certificate of appealability is further DENIED.

SO ORDERED, this the 17th day of January, 2025.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI